**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                             Civil Action No. 2:13-cv-00837-JES-UAM

JOHN DOE, subscriber assigned IP address
199.68.249.130,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP Address 199.68.249.130. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: January 20, 2014

                                                      Respectfully submitted,

                                                      By: /s/ *M. Keith Lipscomb*
                                                      M. Keith Lipscomb (429554)
                                                      klipscomb@lebfirm.com
                                                      Lipscomb, Eisenberg & Baker, PL
                                                      2 South Biscayne Boulevard
                                                      Penthouse 3800
                                                      Miami, FL 33131
                                                      Telephone: (786) 431-2228
                                                      Facsimile: (786) 432-2229
                                                      *Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on January 20, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                By: /s/ *M. Keith Lipscomb*
                                    M. Keith Lipscomb